Charles L. Kennon, III
Nevada Bar No.: 7772
Aaron M. Waite
Nevada Bar No.: 7947
WEINSTEIN & RILEY P.S.
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
Telephone: 702-507-6405
Email: CharlesK@w-legal.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERENA J. GOODMAN,<br><br>  Plaintiff(s),<br><br>  v.<br><br>M&T BANK, NATIONAL ASSOCIATION,<br><br>  Defendant. | Civil Action No. 2:16-cv-01799-APG-CWH |

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ.**

This matter having been negotiated in good faith as between the parties, the terms of which appear in the STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681,

ET SEQ. regarding an extension to file a response to the Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C § 1681, Et. Seq. (Civil Action No. 2:16-cv-01799-APG-CWH);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the aforementioned Stipulation is hereby approved by the Court, and that the Defendant's response to the Complaint for Damages is due on October 3, 2016.

By: /s/ Charles L. Kennon, III         Date: September 30, 2016
Charles L. Kennon III
6785-4 S. Eastern Avenue
Las Vegas, NV 89119
Telephone: 702-507-6405
Facsimile: 702-977-9820
E-mail: CharlesK@w-legal.com
Attorney for Defendants


By: /s/ Peter Aldous         Date: September 30, 2016
Peter Aldous, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave. Suite #350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 967-6669
Attorney for Plaintiffs


IT IS SO ORDERED.

DATED: October 3, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE