UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Serena J. Goodman,<br><br>    Plaintiff,<br><br>  v.<br><br>M&T Bank, National Association, et al,<br><br>    Defendants. | Case No. 2:16-cv-01799-APG-CWH<br><br>**ORDER** |

Presently before the Court is Plaintiff's motion to compel (ECF No. 33), filed on March 12, , 2017.  Defendant has not filed a response.

Under Local Rule 26-7(b), all motions to compel discovery must set forth in full the text of the discovery originally sought and any response to it.  In her motion, Plaintiff sets forth the full text of the discovery originally sought, but does not include the responses to each disputed request.  In order to determine the nature and extent of the dispute, the Court requires, within the motion, a description of each disputed discovery request along with an explanation of the status of the dispute after the meet and confer conferences.

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 33) is DENIED without prejudice.

DATED: March 14, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1