DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for M&T Bank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERENA J. GOODMAN,<br><br>                Plaintiff,<br>vs.<br><br>M&T BANK, NATIONAL ASSOCIATION; AMERASSIST AR SOLUTIONS, INC.; FARMERS INSURANCE FEDERAL CREDIT UNION; ALLSTATE INSURANCE, CO; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No. 2:16-cv-01799-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

Serena Goodman (**Plaintiff**) and M&T Bank, National Association (**M&T**) hereby stipulate and agree to extend the dispositive motion deadline currently set for March 1, 2018 [ECF No. 53]. The parties are in agreement to extend the dispositive motion deadline thirty (30) days to April 2, 2018.

44124683;1

*Serena J. Goodman v. M & T National Association*
*2:16-cv-01799-APG-CWH*

The parties are requesting this extension in order to discuss possible settlement, and the request is not intended to cause any delay or prejudice to any party.

DATED this 14th day of February, 2018.

| **AKERMAN LLP** | **KNEPPER & CLARK** |
|---|---|
| */s/Natalie L. Winslow*_____ <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for M&T Bank, National Association* | */S/MILES N. CLARK*_____ <br> MATTHEW I. KNEPPER, ESQ. <br> Nevada Bar No. 12796 <br> MILES N. CLARK, ESQ. <br> Nevada Bar No. 13848 <br> 10040 W. Cheyenne Avenue, Suite 170-109 <br> Las Vegas, NV 89129 <br><br> DAVID H. KRIEGER, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br><br> *Attorneys for Serena J. Goodman* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES** MAGISTRATE JUDGE

DATED: February 15, 2018
_____

44124683;1