DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Manufacturers and Traders*
*Trust Company aka M&T Bank, National Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SERENA J. GOODMAN,<br><br>      Plaintiff,<br>vs.<br><br>M&T BANK, NATIONAL ASSOCIATION; AMERASSIST AR SOLUTIONS, INC.; FARMERS INSURANCE FEDERAL CREDIT UNION; ALLSTATE INSURANCE, CO; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No.: 2:16-cv-01799-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Plaintiff Serena J. Goodman (**Goodman**) and Defendant Manufacturers and Traders Trust Company aka M&T Bank, National Association (**M&T**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to,

45171445;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Goodman and M&T. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 10th day of May, 2018.

| **AKERMAN LLP** | **KNEPPER & CLARK** |
|---|---|
| /s/Natalie L. Winslow_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Manufacturers and Traders Trust Company aka M&T Bank, National Association* | /s/Miles N. Clark_____<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br><br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Serena J. Goodman* |

## **ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: May 11, 2018.

45171445;1